**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RONALD E. MUTH,** : | |
|     Plaintiff : | |
| : | No. 1:14-cv-01798 |
| v. : | |
| : | (Judge Kane) |
| **DENNIS A. WOODRING, et al.,** : | |
|     Defendants : | |

## ORDER

**AND NOW**, this 30th day of November, 2015, **IT IS ORDERED THAT**: Defendant State Farm's motion to dismiss (Doc. No. 26) is **GRANTED**, and count two of Plaintiff's amended complaint is dismissed without prejudice. Defendants Harrisburg and Schriver's motion to dismiss (Doc. No. 27) is **GRANTED IN PART and DENIED IN PART**, as follows:

    a.    The motion is **DENIED** as to count one of Plaintiff's amended complaint.

    b.    The motion is **GRANTED** as to counts two and three of Plaintiff's amended complaint. Counts two and three are dismissed without prejudice.

Plaintiff may file a second amended complaint within twenty-one (21) days of the date of this Order, if he desires to replead counts two and three.

                                                  S/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania