IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD E. MUTH,<br>    Plaintiff<br><br>v.<br><br>DENNIS A. WOODRING, et al.,<br>    Defendants | :<br>:<br>:    No. 1:14-cv-01798<br>:<br>:    (Judge Kane)<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 17th day of August 2017, upon consideration of the Judgment of the United States Court of Appeals for the Third Circuit vacating this Court's November 30, 2015 Order denying Defendant Shriver's motion to dismiss count 1 of Plaintiff's amended complaint (Doc. Nos. 53, 54, and 54-1), and Defendants Woodring and Dauphin County's Motion for Judgment on the Pleadings (Doc. No. 55), as well as the briefs supporting that motion (Doc. Nos. 56, 59), and Plaintiff's brief in opposition to the motion (Doc. No. 58), **IT IS ORDERED THAT**:

1. Defendants Shriver and Harrisburg's motion to dismiss count 1 of Plaintiff's amended complaint (Doc. No. 27), is **GRANTED**, and count 1 is **DISMISSED** as to Defendant Shriver;

2. Defendants Woodring and Dauphin County's motion for judgment on the pleadings (Doc. No. 55), is **GRANTED** in its entirety, and counts 1 and 2 are **DISMISSED** as to Defendant Woodring, and count 3 is **DISMISSED** as to Defendant Dauphin County; and

3. The Clerk of Court is directed to **CLOSE** the case.

                                                         s/ Yvette Kane
                                                         Yvette Kane, District Judge
                                                         United States District Court
                                                         Middle District of Pennsylvania